MURRAY LANDY, Respondent, v. ISABELLE J. LANDY, Appellant.

Submitted October 5, 1953; decided October 16, 1953.

*Milton Koss* for motion.

*Irving I. Erdheim* opposed.

Motion granted and appeal dismissed (see *Friedman* v. *Friedman,* 240 N. Y. 608).

LONG ISLAND UNIVERSITY, Appellant and Respondent, v. HARRY TAPPAN et al., Constituting the Town Board of the Town of Oyster Bay, Respondents, and THOMAS H. CHOATE et al., Constituting the Village Board of Trustees of the Village of Brookville, et al., Respondents and Appellants.

Submitted October 5, 1953; decided October 16, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 893.]